### A09A2025. PRICE v. THE STATE.
(721 SE2d 217)

BARNES, Presiding Judge.

In *Price v. State,* 303 Ga. App. 589 (693 SE2d 826) (2010), we upheld Robert Price's convictions for burglary and criminal trespass. On certiorari, the Supreme Court reversed our decision. *Price v. State*, 289 Ga. 459 (712 SE2d 828) (2011). The Supreme Court held that the trial court's failure to charge the jury as to Price's defense of mistake of fact was reversible error. Accordingly, our prior opinion is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Miller, P. J., and Andrews, J., concur.*

DECIDED DECEMBER 14, 2011.

*Adam S. Levin*, for appellant.
*Lee Darragh, District Attorney, Lindsay H. Burton, Assistant District Attorney*, for appellee.